396 A.2d 846

Thompson, Appellant, v. Lett et al.

Argued October 24, 1978.   Clencie L. Cotton, for appellant;   Matthew R. Wimer, for appellees.

Before PRICE, HESTER and WATKINS, JJ.

Order affirmed.

396 A.2d 846

Township of Ross v. Johal, Inc., et al., Appellants.

Argued October 25, 1978.   Marvin J. Apple, for appellants;   Mark K. McNally, for appellee.

Before PRICE, HESTER and WATKINS, JJ.

Order affirmed.